IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**AARON THOMAS COMPANY, INC.,**<br>**and SUPREME STAFFING LLC** )<br>)<br>   **Defendants.** ) | Civil Action No. 2:23-cv-02599-JPM-tmp<br><br>JURY DEMAND |

**DEFENDANT SUPREME STAFFING'S**
**RESPONSE IN OPPOSITION TO MOTION TO CONSOLIDATE**

In response to Supreme Staffing's Motion to Dismiss (Doc. 27), particularly Supreme Staffing's reliance on the claim-splitting doctrine, the EEOC filed this Motion to Consolidate (Doc. 32). Dismissal of Supreme Staffing from this lawsuit is the appropriate remedy for claim splitting, Supreme Staffing contends, not consolidation. The EEOC likewise has not met its burden for consolidating its claims against Aaron Thomas in this lawsuit with its claims against Supreme Staffing in the first lawsuit, the 2668 Lawsuit. For these reasons and those set forth in its Brief, Supreme Staffing asks the Court to deny the Motion to Consolidate and award any additional relief the Court deems warranted under the circumstances.

Respectfully submitted, this, the 1st day of February, 2024.

                                *s/ Zachary B. Busey*
                                **ZACHARY B. BUSEY**
                                Tennessee Bar No. 29763
                                zbusey@bakerdonelson.com

                                **WHITNEY M. DOWDY**
                                Tennessee Bar No. 24985

4873-5448-9250

wdowdy@bakerdonelson.com

**MARY KATHERINE SMITH**
Tennessee Bar No. 35328
mkcampion@bakerdonelson.com

**DEAN J. SHAUGER**
Tennessee Bar No. 39746
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

*Attorneys for Defendant Supreme Staffing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

So certified, this, the 1st day of February, 2024.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**