IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) ) v. ) ) AARON THOMAS COMPANY, INC., ) and SUPREME STAFFING LLC ) ) Defendants. ) | Civil Action No. 2:23-cv-02599-JPM-tmp JURY DEMAND |

**DEFENDANT SUPREME STAFFING'S RESPONSE IN OPPOSITION TO FIVE-DAY REQUEST TO RESPOND TO AN EMERGENCY MOTION**

Defendant Supreme Staffing and undersigned counsel—particularly undersigned counsel—are mindful of opposing any request for time, but this Motion (Doc. 57) is not the usual request for time. Supreme Staffing submits that the Motion is a delay tactic. It is designed to moot Supreme Staffing's request for emergency procedural relief (Doc. 56). This is supported by the EEOC's actions to date. Rather than engage with Supreme Staffing on the underlying issue, the EEOC stalled, creating a window for it to rush out a "reminder" solicitation (*see* Doc. 56, ¶ 4). Having done so, with this Motion, the EEOC now seeks to delay and create a window for recipients to respond. This further prejudices Supreme Staffing and is improper gamesmanship.

Supreme Staffing is more than willing to brief the merits underlying this discovery dispute at whatever pace the EEOC desires or the Court orders.[1] But Supreme Staffing respectfully

---

[1] Supreme Staffing continues to assume (*see, e.g.*, Doc. 56, PageID 474, n.1) that in connection with merits briefing the EEOC will be forthcoming with what it is soliciting and from whom—all of which is still unknown.

4880-0795-3835

maintains that the temporary pause should come first, the status quo maintained. The temporary pause is procedural and allows the Parties to address the merits without being prejudiced by the time it takes to do so. That is the concern; the EEOC using motion practice to obscure its discovery practice. With a temporary pause in place, Supreme Staffing defers to the Court on any briefing schedule regarding the merits underlying this discovery dispute. Supreme Staffing otherwise opposes this Motion (Doc. 57) and respectfully reiterates the emergency nature of its request (Doc. 56) for a temporary procedural pause pending any merits briefing.

Respectfully submitted, this, the 5th day of March, 2024.

        *s/ Zachary B. Busey*
**ZACHARY B. BUSEY**
Tennessee Bar No. 29763
zbusey@bakerdonelson.com

**WHITNEY M. DOWDY**
Tennessee Bar No. 24985
wdowdy@bakerdonelson.com

**MARY KATHERINE SMITH**
Tennessee Bar No. 35328
mkcampion@bakerdonelson.com

**DEAN J. SHAUGER**
Tennessee Bar No. 39746
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

*Attorneys for Defendant Supreme Staffing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

So certified, this, the 5th day of March, 2024.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**

4880-0795-3835