IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | |
| Plaintiff, ) ) | |
| ) | Civil Action No. 2:23-cv-02599-JPM-tmp |
| v. ) ) | |
| AARON THOMAS COMPANY, INC., ) and SUPREME STAFFING LLC ) ) | JURY DEMAND |
| Defendants. ) | |

**DEFENDANT SUPREME STAFFING'S RESPONSE
TO MOTION FOR PROTECTIVE ORDER**

Defendant Supreme Staffing previously told the Court that it would respond to this Motion and propose language for including in any protective order an AEO designation, Attorneys' Eyes Only. (Reply Brief, Doc. 67, PageID 619.) The Court subsequently directed the Parties to try and agree on a protective order. (Order, Doc. 71, PageID 664.) Supreme Staffing, in turn, will include any proposal in further discussions among counsel.

Respectfully submitted, this, the 27th day of March, 2024.

                                              *s/ Zachary B. Busey*
                                              **ZACHARY B. BUSEY**
                                              Tennessee Bar No. 29763
                                              zbusey@bakerdonelson.com

                                              **WHITNEY M. DOWDY**
                                              Tennessee Bar No. 24985
                                              wdowdy@bakerdonelson.com

                                              **MARY KATHERINE SMITH**
                                              Tennessee Bar No. 35328
                                              mkcampion@bakerdonelson.com

4876-9789-8930

        **DEAN J. SHAUGER**
        Tennessee Bar No. 39746
        dshauger@bakerdonelson.com

        BAKER, DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, P.C.
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        (901) 526-2000 – telephone

        *Attorneys for Defendant Supreme Staffing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

So certified, this, this, the 27th day of March, 2024.

        *s/ Zachary B. Busey*
        **ZACHARY B. BUSEY**

4876-9789-8930