# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AARON THOMAS COMPANY, INC. )<br>and SUPREME STAFFING LLC )<br>)<br>Defendants. ) | Civil Action No.2:23-cv-02599-JPM-tmp<br><br>JURY DEMAND |

## ORDER DENYING THE EMERGENCY MOTION FOR PROTECTIVE ORDER

This matter came before the Court on an Emergency Motion for Protective Order ("Emergency Motion") filed by Supreme Staffing LLC ("Supreme") on March 5, 2024. (ECF No. 56.) The Emergency Motion requested that the Court "issue a temporary protective order that pauses for twenty-one days the EEOC's email solicitations and deactivate any 'survey' website." (Id. at PageID 479.) On the same day, Plaintiff Equal Employment Opportunity Commission ("EEOC") filed a Motion Requesting Five Days to Respond to the Emergency Motion. (ECF No. 57.) On March 6, 2024, the Court granted EEOC's request, but also ordered EEOC to cease sending out solicitation emails, until the Court resolves the issues raised in the Emergency Motion. (ECF No. 59 at PageID 493.) Essentially pausing EEOC's communications through the date of the entry of this Order. EEOC responded to the Emergency Motion on March 11, 2024 (ECF No. 61), and the Court held a Hearing on the Emergency Motion on March 15, 2024. (ECF No. 64.)

During the Hearing, all Parties agreed to additional briefing and for the stay of EEOC's communications to remain in place until the Emergency Motion is resolved. (ECF No. 66 at

PageID 605-7.)  Defendants Aaron Thomas Company, Inc. ("ATC") and Supreme filed separate replies on March 22, 2024.  (ECF Nos. 67-8.)  EEOC filed an additional reply on March 29, 2024.  (ECF No. 75.)  The additional briefings from all Parties focused on the issue of whether EEOC's survey's/email lists are confidential and/or privileged.  While the Court views these as key issues in this case, they are not appropriately brought and resolved on a Motion for a Protective Order.  Although the Court is still concerned regarding EEOC's lack of disclosure of actual Plaintiffs in this case, the issues raised in the additional briefs should instead be resolved on a Motion to Compel or a Motion to Dismiss, and as such the Court will not address them here.

Given that this Emergency Motion asked for stay of EEOC's solicitation of Supreme's employees for twenty-one (21) days, and that nearly thirty (30) days have passed, since the Court ordered EEOC to cease solicitation communications, Supreme's Emergency Motion is **DENIED**.  The stay of EEOC's solicitation communications is thus **LIFTED**.

**IT IS SO ORDERED**, this 4th day of April, 2024.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE