# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:23-cv-02599-JPM-tmp<br>)<br>) |
| AARON THOMAS COMPANY, INC., and SUPREME STAFFING LLC | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Motion to Approve Consent Judgment, filed on September 27, 2024 (ECF No. 149), and the Court having entered a Consent Decree (ECF No. 150),

This matter having now been resolved as to both party defendants (see ECF No. 146 (Order Granting Defendant Supreme Staffing's Motion to Dismiss) and ECF No. 150 ("Consent Decree"), entered on September 27, 2024), **IT IS THERERFORE ORDERED, ADJUDGED AND DECREED** that this cause is Dismissed with Prejudice nunc pro tunc as of September 27, 2024. The Court retains jurisdiction to enforce the Consent Decree in this case.

**SO ORDERED** this 11th day of October, 2024.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE