IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 2:23-cv-02599-JPM-tmp |
| v. ) ) | |
| AARON THOMAS COMPANY, INC. AND SUPREME STAFFING, LLC, ) ) ) | JURY DEMAND |
| Defendants. ) ) | |

## MOTION TO WITHDRAW COUNSEL

The Equal Employment Opportunity Commission moves the Court to withdraw Amy Black, Assistant Regional Attorney, as counsel in this case. Ms. Black is no longer employed with the Commission. Faye A. Williams, Gary Sullivan, Roslyn Griffin Pack, Markeisha Savage, Donnie Snow, and Maryna Jackson will remain as counsel for the Plaintiff in this case.

Date: May 2, 2025

Respectfully submitted,

*/s/ Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 701-6445

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        */s/ Roslyn Griffin Pack*
                                        Roslyn Griffin Pack